JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH,<br>　　　　　　　Plaintiff,<br>　v.<br><br>IRIS TIRE AND RUBBER COMPANY, A California Corporation, d.b.a. MCGOWANS IRISH INN; PBL ENTERPRISES; And DOES 1 THROUGH 10, Inclusive<br>　　　　　　　Defendants. | Case No.: EDCV 09-00914 SGL (JWJx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///
///
///

1   Case Number: EDCV 09-00914 SGL (JWJx)

Document Date: November 3, 2009

1  Having considered the Joint Stipulation of the parties to dismiss this action
2  pursuant to FRCP 41(a)(1)(A)(ii) and finding good cause therefor, this Court
3  hereby orders as follows:
4
5  The Joint Stipulation of the parties to dismiss plaintiff's claims with prejudice is
6  hereby granted. Pursuant to FRCP 41(a)(1)(A)(ii), the Plaintiff's claims are hereby
7  dismissed with prejudice. The entire case is dismissed with prejudice, each party
8  to bear its own legal fees, litigation expenses and costs.
9
10 Dated: 11-17-09
11                                    _____
                                      VIRGINIA A. PHILLIPS
12                                    HONORABLE STEPHEN G. LARSON
                                      UNITED STATES DISTRICT COURT JUDGE

Document Date: November 3, 2009